| CARLOS D. ROMIOUS, SR., INDIVIDUALLY | NO. 22-C-195 |
|---|---|
| AND AS NEXT OF KIN AND AS NEXT FRIEND | FIFTH CIRCUIT |
| OF MINORS ADRIANNA ROMIOUS-HADAD, | COURT OF APPEAL |
| MAKAYLA ROMIOUS-HADAD, AND | STATE OF LOUISIANA |
| ZACHARY ROMIOUS HADAD | |
| VERSUS | |
| DANYELLE F. TAYLOR, ET AL | |

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

May 17, 2022

Susan Buchholz
First Deputy Clerk

**IN RE** JUDICIAL DEFENDANTS

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE ELIZABETH P. WOLFE, JUDGE AD HOC, DIVISION "A", NUMBER 814-743

---

Panel composed of Judges Robert A. Chaisson,
Hans J. Liljeberg, and John J. Molaison, Jr.

## WRIT GRANTED FOR LIMITED PURPOSE

Relators seek supervisory review of the trial court's March 8, 2022 Order that granted respondent's Ex Parte Expedited Motion to Stay Indefinitely All Further Proceedings. Subsequent to the trial court's March 8, 2022 Order, on March 23, 2022, relators filed a Motion for New Trial, or in the alternative, Motion to Set Aside the trial court's March 8, 2022 Order granting the indefinite stay.[1]

---

[1] The official court record also reflects that two other groups of defendants in this litigation have filed separate Motions for New Trial, or in the alternative, Motions to Set Aside relative to the trial court's March 8, 2022 Order.

22-C-195

The official court record reflects that the trial court has not yet taken action to set relators' Motion for New Trial for hearing, or otherwise taken any action thereon (or on the similar motions filed by the two other groups of defendants).

Considering relators' outstanding Motion for a New Trial, or in the alternative, Motion to Set Aside (as well as the similar motions filed by two other groups of defendants), which are still pending in the trial court, we find this writ application to be premature and therefore decline to exercise our supervisory jurisdiction to consider the merits of relators' application at this time. However, we exercise our supervisory jurisdiction for the limited purpose of ordering the trial court to set these three outstanding Motions for New Trial, or in the alternative, Motions to Set Aside the March 8, 2022 Order, for a contradictory hearing within thirty days of the date of this disposition.

Gretna, Louisiana, this 17th day of May, 2022.

**RAC**
**HJL**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
INTERIM CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>05/17/2022</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 22-C-195

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Elizabeth P. Wolfe (DISTRICT JUDGE)
Hon. Raymond S. Steib, Jr. (DISTRICT JUDGE)

Richard T. Simmons, Jr. (Respondent)
Leonard L. Levenson (Respondent)
Darren A. Allemand (Respondent)
Carey B. Daste (Respondent)

David J. Smith, Jr. (Respondent)
Jacqueline B. Wilson (Relator)
Daniel R. Martiny (Respondent)
Justin Lester (Respondent)
William Peter Connick (Respondent)
Lauryn Sudduth (Respondent)
James M. Garner (Respondent)

### MAILED
Jeffrey D. Martiny (Respondent)
Attorney at Law
131 Airline Drive
Suite 201
Metairie, LA 70001

Alexis Collins (Respondent)
In Proper Person
6418 Luther Drive
Apartment B
Marrero, LA 70072

Honorable Jeffrey M. Landry (Relator)
Attorney General
Louisiana Department of Justice
Post Office Box 94005
Baton Rouge, LA 70804

Elizabeth O. Clinton (Respondent)
Attorney at Law
3421 North Causeway Boulevard
Suite 408
Metairie, LA 70002

Stuart D. Kottle (Respondent)
Attorney at Law
909 Poydras Street
28th Floor
New Orleans, LA 70112

Carlos Romious (Respondent)
In Proper Person
Post Office Box 394
Gretna, LA 70054

Ravi Sangisetty (Respondent)
William D. Boyles (Respondent)
Kimberly Fanshier (Respondent)
Attorneys at Law
3914 Canal Street
New Orleans, LA 70119

Christopher Chocheles (Respondent)
Attorney at Law
909 Poydras Street
Suite 2800
New Orleans, LA 70112